# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 06, 2025

Ms. Naya Bedini
Office of the U.S. Attorney
167 N. Main Street
Suite 800
Memphis, TN 38103

Mr. Andrew Michael Hays
Office of the U.S. Attorney
109 S. Highland Avenue
Suite 300
Jackson, TN 38301

Ms. Madelyn Dianne Smothers
Federal Public Defender's Office
200 Jefferson Avenue
Suite 200
Memphis, TN 38103

          Re:  Case No. 25-5484, *USA v. Robert McLemore*
                Originating Case No. : 1:23-cr-10014-1

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                          Sincerely,

                          s/Kelly Stephens
                          Case Management Specialist: Antoinette
                          Direct Dial No. 513-564-7015

cc:  Ms. Wendy R. Oliver

Enclosure

Case No. 25-5484

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

ROBERT MCLEMORE

    Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

> **ENTERED PURSUANT TO RULE 45(a),
> RULES OF THE SIXTH CIRCUIT**
> Kelly L. Stephens, Clerk

Issued: August 06, 2025